UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Edgar Sosa,

                Plaintiff,                12 **CIVIL** 8926 (NRB)

       -against-                          **JUDGMENT**

Medstaff, inc., Cross Country Healthcare, Inc.,
Cornell University, Weill Cornell Medical
College, Adela Vargas, Guy Mazza, David
Greene, and Isabel Stanshine,

                Defendants.
-------------------------------------------------------------X

     Defendants Cornell University, Weill Cornell Medical College, Adela Vargas, and Guy Mazza (collectively, the Cornell Defendants) having moved for judgment on the pleadings (Doc. #35) pursuant to Fed. R. Civ. P. 12(c), and the said motions having come before the Honorable Naomi Reice Buchwald, United States District Judge, and the Court thereafter, on September 3, 2014 having rendered its Memorandum and Order (Doc. #41) granting the Cornell Defendants' motion for judgment on the pleadings and directing the Clerk of Court to terminate the motion pending at docket number 35 and to close this case, it is,

    **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Memorandum and Order dated September 3, 2014, the Cornell Defendants' motion for judgment on the pleadings is granted; accordingly, the case is closed.

**Dated:**  New York, New York
         September 4, 2014

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                                **BY:**      K. Mango

                                                          **Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED 09/04/2014